**Exhibit A to the Complaint**

**Location:** Detroit, MI  **IP Address:** 68.49.9.44
**Total Works Infringed:** 24  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 3E787D31C6F30DFB39DB801D3105D302A3CD14E7<br>File Hash:<br>EFE8C2F1AA876190C4EF70602F52C1053DD71C450C628EF51A9A1820439A9604 | 06-07-2023 01:53:41 | Blacked | 06-03-2023 | 06-09-2023 | PA0002415360 |
| 2 | Info Hash: D92013057CDA775558A9F8C9BB399DD7FCF5B8BC<br>File Hash:<br>A2F4FA6FE9FA64A639D5F39C85B57619974985150BE3ACCA370E860D422189CC | 05-12-2023 08:58:36 | Tushy | 05-07-2023 | 05-14-2023 | PA0002411294 |
| 3 | Info Hash: E833F41346D9A811CD49E1653C81E714FAEFE00C<br>File Hash:<br>A3D02D86C7899C6F2D11908323981BB70B4FFEE394A1C8139ACD397E81D8F82E | 04-23-2023 05:23:03 | Blacked | 04-22-2023 | 05-15-2023 | PA0002411285 |
| 4 | Info Hash: A5FB88F7319F228442F6F2CA56897D6AA7276BA7<br>File Hash:<br>68189463EE780BDBE6B9AEA3F2E118BB74A1AB2915BB7E1344C6D8DC05C19B45 | 04-09-2023 08:46:29 | Blacked | 04-08-2023 | 05-15-2023 | PA0002411276 |
| 5 | Info Hash: BF8872D92455C739E13A89C07ECCBCDC254F0899<br>File Hash:<br>C34D4F0A3B3A635710E6B3D0C3C8053F9CCB1E4CF3831CC9A531C83CFAC5E045 | 01-20-2023 04:18:39 | Blacked Raw | 01-19-2023 | 01-27-2023 | PA0002393081 |
| 6 | Info Hash: 6769AACD544149014C77F4DF9B69B9123840349B<br>File Hash:<br>AB805E9D70EA32F94041DD337014DDCF0902DE5FA16C0008058C7D461FE59871 | 01-09-2023 23:56:07 | Blacked Raw | 01-04-2023 | 01-10-2023 | PA0002389594 |
| 7 | Info Hash: 57C6912A8C0A652DCA85A3C71BF6C3DEAF6ADA9D<br>File Hash:<br>46DE425154E54C1154880B5A5814B542C2485F3870DC77DAA5A6781AC10D4A8D | 01-09-2023 23:52:02 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 8 | Info Hash: BC7EB7895A49E227BFC10CF1ACA2C7A4A82BF030<br>File Hash:<br>901C3E8756B93139BEB275455DFF0FCABC118DDBD490E3629F87C0B0F1D47358 | 01-09-2023 23:44:55 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 9 | Info Hash: 016060D8A4B8B3C9CC6FC28CF3DEEDCE8E623DDF<br>File Hash:<br>4558EDD1590214488F491A6615974CB332ADDCA54BE588A7C233A7D69317B0A4 | 01-02-2023 13:50:41 | Blacked Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |
| 10 | Info Hash: AFD2270A76FA43E693D662B91708FBBAA3603013<br>File Hash:<br>3C08EA8E6B063E2BCBB2520AB11B7B72118702BF1AEE5482688098021D00AEB7 | 01-02-2023 13:44:33 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 11 | Info Hash: 9C46A84A4C2F17D73DE41DF4C87AF1525BF40081<br>File Hash:<br>6BCD3834F7796E7CA37F80870899FDC669E38931B742E8DD1DA0CC660A758968 | 12-27-2022 10:49:25 | Tushy | 12-25-2022 | 01-10-2023 | PA0002389583 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 349A6EC9CB55F19BC4B98BF626C6E86B0C20F761<br>File Hash: 7E31F2BA77781F5A5FADCF63157738134F6ED8CA5B7FAF3217BE490646CF1549 | 12-25-2022 09:33:19 | Vixen | 12-23-2022 | 01-10-2023 | PA0002389606 |
| 13 | Info Hash: 461E0CEF7D200B75783F552943E8EA67DF67BE52<br>File Hash: 7E34C7FA61A6B9E3F7991244AADF3631B33BCDA9044FDE7B055ED82BAAB10842 | 12-24-2022 19:59:24 | Blacked | 12-24-2022 | 01-10-2023 | PA0002389603 |
| 14 | Info Hash: 80CB2B0DCD3394D87C814FB88020C2B24E12F1BE<br>File Hash: 8A0642DFA38340A11F866EA85FB87B1FF2C9CDEB034D506875095943584B4F2B | 12-16-2022 02:33:44 | Blacked Raw | 12-15-2022 | 02-21-2023 | PA0002400999 |
| 15 | Info Hash: 68418211BC9AC5CD430643A47FA33F78EB085712<br>File Hash: 3F0F3A2A628986208E10541AC14EC1A6A444972D3CDD4A64081680A36567A43F | 11-16-2022 00:50:04 | Tushy | 11-13-2022 | 12-11-2022 | PA0002384758 |
| 16 | Info Hash: 614EB03E0456C4DD438C17A5C6AC80D8C991833A<br>File Hash: 87B70F5CF8D5F3DAB6CA49849F1EDABACE7938F6AE45220F4B66FA1014249A06 | 11-16-2022 00:00:25 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 17 | Info Hash: F03C19E73FD73E2C5CCBB54751B3325D9C91F2E7<br>File Hash: AFF28110969937078B94F56371672B60C79C98F9F2B4BB51F76157DEB7F03C9C | 11-01-2022 00:08:48 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |
| 18 | Info Hash: 5772AE7E6D8B410D2202D6F383CEA82F018D1500<br>File Hash: D23FD1BA4E681A12FFAA6CB5EF214DE079C15779B1BD4C67C26E8ED3BF9998CF | 10-10-2022 19:39:28 | Tushy | 10-09-2022 | 11-27-2022 | PA0002389321 |
| 19 | Info Hash: 12649ED523C57A6F966492D1271F3522435AD3F8<br>File Hash: C367B8D56F01D5F9F1D38639555B8B9E4155287B7C5BEE28E2DDD5678F6F3CC5 | 09-24-2022 19:39:29 | Vixen | 09-23-2022 | 10-05-2022 | PA0002373763 |
| 20 | Info Hash: 93895ABCBCE68960CDF8EABE197CCA348F2DAA0D<br>File Hash: 46239994FE2E0007D49F8D447D9695BC51220329005CA7FDF4256132862D1037 | 09-19-2022 03:10:54 | Blacked | 09-17-2022 | 10-05-2022 | PA0002373760 |
| 21 | Info Hash: 93396CCA1F3C92BEA2A5DCB36E11DA23BDD0E70A<br>File Hash: 2A0CA0C7B63EA52A5D0DB5376169804EABE8CB0793B481FC9039FED1D4259CBF | 09-05-2022 01:08:51 | Tushy | 09-04-2022 | 11-27-2022 | PA0002388059 |
| 22 | Info Hash: D359D35875C5F32B41F0249F3A7799C24A9924E8<br>File Hash: 22F62BF081C26626057E0DAC33C9E8282D46787B2DE6D812884FD8BA8466B016 | 08-27-2022 04:33:38 | Vixen | 08-26-2022 | 10-05-2022 | PA0002373767 |
| 23 | Info Hash: EFBD17FEA6D2747FB81404F774D0B3BFD52FB7A9<br>File Hash: F0595C1427CBB8CFA6CE07E20D70DFDF9FA359C062B1C23D1217F47ECA9B7A93 | 08-20-2022 17:31:26 | Vixen | 08-19-2022 | 08-30-2022 | PA0002367752 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 18F37A18FE1AC5E6CEFE5CA0F702EDAF5E3130C4<br>File Hash:<br>3B4B2AF11D93CA07CD38FD8D08E0C77EBA6208A33E4B5A5D8973EA94748DF061 | 08-13-2022 12:21:10 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |