UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STRIKE 3 HOLDINGS, LLC,

      Plaintiff,

v.

JOHN DOE, subscriber
Assigned IP Address 68.49.9.44,

      Defendant.

_____/

Case No. 23-cv-11443
Hon. Matthew F. Leitman

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 28, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 28, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126